UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:05-CR-0353-02 |
| v. | : | |
| HELENE LYDIA MITCHELL, | : | (Judge Conner) |
| Defendant | : | |

### **ORDER**

The court finds that the Defendant is acting voluntarily and not as a result of force or threats or promises, that she understands her rights and the consequences of her plea and that she voluntarily waives her right to trial. The court finds that the plea has a basis in fact. The court accepts the plea of Guilty to Count II of the Indictment. **IT IS ORDERED** that the United States Probation Office shall conduct a presentence investigation and shall prepare a presentence report and that the case shall be listed for sentencing upon the court's receipt of the presentence report.

 S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

Dated: December 20, 2006