IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:06-CR-353 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **HELENE MITCHELL,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 10th day of November, 2016, upon consideration of the motion (Doc. 83) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 by defendant Helene Mitchell ("Mitchell"), in light of the United States Supreme Court's decision in <u>Johnson v. United States</u>, 135 S. Ct. 2551 (2015), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Mitchell's motion (Doc. 83) to vacate, set aside, or correct sentence is GRANTED.

2. The sentence (Doc. 60) imposed on the defendant by this court on May 3, 2007 is VACATED.

3. The parties shall file resentencing memoranda outlining their positions with respect to Mitchell's new Guidelines range, the applicable maximum sentence, and any other arguments in aid of sentencing on or before **Wednesday, November 16, 2016, at 5:00 p.m.**

4. Resentencing is scheduled for **Friday, November 18, 2016 at 10:30 a.m.** in Courtroom #2, United States Courthouse and Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.

5. The government shall forthwith file a motion for a writ of habeas corpus *ad prosequendum* to secure Mitchell's attendance at her resentencing hearing.

          /S/ CHRISTOPHER C. CONNER
          Christopher C. Conner, Chief Judge
          United States District Court
          Middle District of Pennsylvania